**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000536
05-FEB-2024
10:39 AM
Dkt. 109 ODMR**

NO. CAAP-21-0000536
(Consolidated with NO. CAAP-21-0000545)

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

**CAAP-21-0000536**
STUART B. GLAUBERMAN, by his Managing Agent, KFG PROPERTIES, INC., Plaintiff-Appellee,
v.
CELESTE M. GONSALVES, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KO'OLAUPOKO DIVISION
(CIVIL NO. 1DRC-21-0002121)

and

**CAAP-21-0000545**
STUART B. GLAUBERMAN and VICKY RAMIL, Plaintiffs-Appellees,
v.
CELESTE M. GONSALVES, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KO'OLAUPOKO DIVISION
(CIVIL NO. 1DRC-21-0001879)

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI'S REPORTS AND PACIFIC REPORTER**

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Defendant-Appellant Celeste M. Gonsalves' Motion for Reconsideration of Summary Disposition Order Filed on January 19, 2024, filed on January 31, 2024, is denied.

DATED:  Honolulu, Hawaiʻi, February 5, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge